In the Matter of WILLIAM E. TOWNE, Appellant, against EUGENE SHERK et al., Constituting the Board of Zoning Appeals of the Village of Floral Park et al., Respondents.

PHILIP EHRHART et al., Interveners, Respondents.

Argued September 26, 1939; decided October 10, 1939.

*James N. Gehrig* for appellant.

*Harold W. Weidner* for Board of Zoning Appeals et al., defendants, respondents.

*Alfred J. Loew* and *Laurence E. Degner* for Philip Ehrhart et al., interveners, respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.